IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SMITH, | § |
|   Petitioner, | § Civil Action No.: _____ |
| vs. | § Criminal No.: 97-10025-PBS |
| UNITED STATES OF AMERICA, | § |
|   Respondent. | § |

04 · 11049 PBS

*Referred to MJ RB Collings*

PETITIONER'S MOTION TO VACATE, SET ASIDE, AND/OR CORRECT SENTENCE, BROUGHT UNDER TITLE 28, UNITED STATES CODE, SECTION 2255

William Smith, pro se
Register No. 21442-038
Federal Medical Center
P.O. Box 879
Ayer, Massachusetts 01432

-Petitioner-

7002 2410 0002 1648 9761

PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District of Massachusetts | |
|---|---|---|
| Name of Movant: William Smith | Prisoner No. 21442-038 | Case No. 97-10025-PBS |
| Place of Confinement: F.M.C. Devens, P.O. Box 879, Ayer, MA 01432-0879 | | |

UNITED STATES OF AMERICA    V.    SMITH
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack <u>United States District Court for the District of Massachusetts, One Courthouse Way, Boston, MA 02210</u>

2. Date of judgment of conviction <u>May 19, 1999</u>

3. Length of sentence <u>262 Months</u>

4. Nature of offense involved (all counts) <u>Felon in possession of a weapon and ammunition violation of 18 U.S.C. §922(g)(1)</u>

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court __U.S. Court of Appeals for the First Circuit__

   (b) Result __Denied__

   (c) Date of result __August 29, 2002__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Supreme Court of the United States__

        (2) Nature of proceeding __Petition for writ of Certiorari__

        (3) Grounds raised __Whether the District Court had jurisdiction over alleged transaction alleging to constitute the crime of drug dealing (18 U.S.C. §841) when a federal Grand jury returned only a one count indictment changing Petitioner to felon in possession of firearm (18 U.S.C. §922(g)(1)__

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐    No ☒

        (5) Result __Denied__

        (6) Date of result __March 24, 2003__

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court __Supreme Court of the United States__

        (2) Nature of proceeding __Rehearing__

        (3) Grounds raised __Same grounds in (a)__

AO 243 (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐        No ☒

    (5) Result _____

    (6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.        Yes ☒        No ☐
    (2) Second petition, etc.        Yes ☒        No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    None Applicable

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution: <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Pursuant to rule 36 the indictment should been dismiss for failure of United States Attorney's to take the required oath of Office

Supporting FACTS (state *briefly* without citing cases or law)

There is a jurisdictional defect requiring dismissal because the District Court lacks jurisdiction to entertain a criminal case if it appears that the government either lacked the power of the authority to prosecute.

B. Ground two: See: Attached Memorandum of Law and argument

Supporting FACTS (state *briefly* without citing cases or law) A.U.S.A. Cabell committed perjury at the grand jury hearing along with government witnesses under oath and A.U.S.A. Richardson committed subornation of perjury.

C. Ground three: See: Attached Memorandum of Law and argument

Supporting FACTS (state *briefly* without citing cases or law) The government, court and counsel fail to order a competency and mental evaluation before trial.

AO 243 (Rev. 2/95)

D. Ground four: <u>See: Attached Memorandum of Law and argument</u>

Supporting FACTS (state *briefly* without citing cases or law) <u>Armed career criminal wrongfully applied at sentencing, the District Court made plain error when they enhance Petitioner for drugs and perjury with no charges and no indictment at sentencing or with no requiring advance notice and a statement of reason for departing upward.</u>

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: <u>None applicable</u>

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing <u>J. Martin Richey, Esq., Federal Defendant Office</u>

(b) At arraignment and plea <u>Same as (a)</u>

(c) At trial <u>Same as (a)</u>

(d) At sentencing <u>Randolph Gioia, Esq., 24 School St, Suite 400, Boston, MA 02108</u>

(6)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground Five: See: Attached Memorandum of Law and argument

Supporting FACTS (state *briefly* without citing cases or law)

Debroah Anderson and Dwayne Sawyer told the truth under oath.

B. Ground Six: See: Attached Memorandum of Law and argument

Supporting FACTS (state *briefly* without citing cases or law)   Petitioner's counsel rendered constitutionally ineffective assistance.

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Supporting FACTS (state *briefly* without citing cases or law)

(5) A

(e) On appeal __Jane Elizabeth Lee, Esq., 44 Exchange St., Portland Maine 04101__

(f) In any post-conviction proceeding __None Applicable__

(g) On appeal from any adverse ruling in a post-conviction proceeding __None Applicable__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: ____

    (b) Give date and length of the above sentence: ____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_William Smith_
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__May 13 - 2004__
(Date)

_William Smith_
Signature of Movant

(7)

TABLE OF CONTENTS

PETITION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY, APPLICATION.

INTRODUCTION.......................................... a
STATEMENT OF JURISDICTION............................. i
STATEMENT OF ISSUES PRESENTED FOR REVIEW.............. 1
STATEMENT OF THE CASE................................. 2
STATEMENT OF FACTS.................................... 4
SUMMARY OF ARGUMENT................................... 8
ARGUMENT 1; THE INDICTMENT SHOULD BE DISMISSED PURSUANT TO RULE 36 FOR FAILURE OF U.S. ATTORNEY TO TAKE AND FILE THE REQUIRED OATH OF OFFICE........................................ 9
ARGUMENT 2; THE DISTRICT COURT HAS A JURISDICTIONAL DEFECT REQUIRING DISMISSAL BECAUSE THE COURT LACKS JURISDICTION TO ENTERTAIN A CRIMINAL CASE............................. 9
ARGUMENT 3; THE GOVERNMENT USED FALSE DOCUMENTATION AND STATEMENTS TO RECEIVE THE INDICTMENT AND WARRANT ON THE PETITIONER........................................... 14
ARGUMENT 4; GOVERNMENT VIOLATED TITLE 18 U.S.C. §1622, SUBORNATION OF PERJURY AND MALICIOUS PROSECUTION................... 15
ARGUMENT 5; THE GOVERNMENT'S FAILURE TO ORDER COMPETENCY HEARING FOR MS. ERICA MOORE................................... 18
ARGUMENT 6; IF THE GOVERNMENT WOULD HAD BEEN IN ACCORDING WITH THE LAW TRYING TO ENHANCE PETITIONER................... 22
ARGUMENT 7; DISTRICT COURT MADE PLAIN ERROR WHEN ENHANCED THE PETITIONER........................................... 29
ARGUMENT 8; THE TRUTH UNDER OATH...................... 33
ARGUMENT 9; PETITIONER'S COUNSEL RENDER INEFFECTIVE ASSISTANCE OF COUNSEL........................................... 35
CONCLUSION............................................ 40
CERTIFICATE OF SERVICE................................ 41
APPENDIX Documents in support......................... 42