UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

William A. Smith,
    Petitioner,

v.

United States of America,
    Respondent.

FILED
IN CLERKS OFFICE
2004 JUL -6 P 2: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action N°.: 04-11049PBS
Criminal N°.: 97-10025PBS

## NOTICE TO SHOW CAUSE AND ORDER

Now comes Petitioner, William A. Smith, 21442-038, acting Pro Se, in the above captioned case humbly requesting this Honorable Court to grant Notice to Show Cause and Order on the Respondents failure to provide Petitioner copy of its answer.

Respondent(s) was to file with this Honorable Court and provide a copy of such to the Petitioner its answer to the above captioned case under the order of the Court.

The Respondent(s) failed to comply with this Honorable Courts order, nor has provided a copy to the Petitioner of of its answer causing the Petitioner to request this Honorable Court to grant Notice to Show Cause and Order.

Respectfully submitted on this 1st day of July, 2004.

William A. Smith
21442-038 J-A
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432-0879

PROOF OF SERVICE

I, William A. Smith, certify that I mailed a copy of the enclosed document to the United States Attorneys Office via United States Postal service Certified Mail 7003 1680 0004 6521 7575 addressed as One Courthouse Way, Boston, MA 02210 through the Institutional mail box on the 1st day of July, 2004.

William A. Smith
21442-038 J-A
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432-0879

Petitioner/ Pro Se

*/s/ William A. Smith*