William A. Smith
21442-038 J-A
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432-0879

*FILED*
*2004 JUL -6 P 2: 42*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

July 1, 2004

Clerk of Court
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Smith v. United States
    04-11049PBS

Dear Clerk,

    I am requesting a copy of the above docket sheet for the captioned case.

    Please provide me a copy of the docket sheet to the above address.

    I thank you for your time in this request herein and await your response.

Respectfully

William A. Smith

Cc:FIle