```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
                                    )
WILLIAM A. SMITH                    )
                                    )
          v.                        )     CV. ACTION 04-11049-PBS
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
                                    )
```

**GOVERNMENT'S MOTION *NUNC PRO TUNC* FOR EXTENSION OF TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Donald L. Cabell, hereby moves *nunc pro tunc* that the Court enlarge the time period for it to respond to the defendant's §2255 motion for habeas relief to August 27, 2004. In support of the motion, the undersigned states that it inadvertently filed the petitioner's motion after receiving it, and only recently was reminded of it after receiving the petitioner's most recent filings.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                              By:

                                              /s/Donald L. Cabell
                                              DONALD L. CABELL
                                              Assistant U.S. Attorney