UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -8  P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM SMITH,                )
                              )
        Petitioner,            )
                              )
    v.                        )   CRIMINAL NO.: 04-11049-PBS
                              )
UNITED STATES OF AMERICA,     )
                              )
        Respondent.            )

MOTION FOR LEAVE OF THE COURT
TO FILE SUPPLEMENTAL PLEADINGS
PURSUANT TO RULE 15(d)

Petitioner Smith is motioning the Court for leave to file supplemental Pleadings, because of a new ruling by the United States Supreme Court in United States v. Booker, No. 04-104 argued October 4, 2004 - Decided January 12, 2005, together with United States v. Fanfan on certiorari.

To be applied to Petitioner's 28 U.S.C. § 2255 in part in the memorandum of law.

Respectfully submitted;

William Smith

Pro Se William Smith
Reg. No.: 21442-038
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

February 4, 2005