William Smith
Reg. No. 21442-038
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

FILED
CLERKS OFFICE

2005 MAY 10 P 1:03

U.S. DISTRICT COURT
DISTRICT OF MASS

May 9, 2005

Office of the Clerk
U.S. District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

**Re**: Civil Action No.: 04-11049-PBS

Dear Clerk:

    On February 4, 2005, I filed motion for leave and Supplemental Pleadings pursuant to rule 15(d), in support of my 28 U.S.C. § 2255.

    Would you please send me information on the Status of my motion, and a copy of the docketing report of this case.

    I thank you in advance in this most important matter at bar.

Respectfully yours,

*William Smith*
William Smith