William Smith
Reg. No. 21442-038
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432



May 26, 2005

United States District Court
for the District of Massachusetts
Clerk's Office
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Smith v. United States, 04-11049PBS

Dear Clerk Patch:

On May 10, 2005, I sent you a letter requesting the status of my motion for leave, which was an error made by me. What I was supposed to ask you for was the status of my 28 U.S.C. § 2255 motion filed on May 19, 2004.

I thank you in advance, if you personally correct my error, and send me the status of my motion.

Very Respectfully

William Smith