UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SMITH,<br>        Petitioner,<br>    v.<br>UNITED STATES OF AMERICA,<br>        Respondent. | Declaration in Support<br>of Request<br>to Proceed<br>In Forma Pauperis |

I, William Smith, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

In support of my motion, I make the following statements:

1. I currently do not work outside of the institution inwhich I am incarcerated. I work in the kitchen at the Federal Medical Center, Devens where I earn approximately $20.00 per month.

2. In the last twelve months, I have not received any money from any source, including business, profession or form of self-employment; rent payments, interest or dividends; pensions, annuities or life insurance payments; gifts or inheritances, or any other source.

3. I do not have any cash nor do I have a checking or savings account. I have limited funds available in my inmate trust fund account. Please see attached.

4. I do not own any real estate, stocks, bonds, notes, automobiles, or other valuable property.

5. I do not have any persons who are dependent upon me for support.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of August, 2005.

*/s/ William Smith*
William Smith
Reg. No. 21442-038