

## Deposits

| Inmate Reg #: | 21442038 | Current Institution: | Devens FMC |
| --- | --- | --- | --- |
| Inmate Name: | SMITH, WILLIAM | Housing Unit: | JCC |
| Report Date: | 08/24/2005 | Living Quarters: | J03-318L |
| Report Time: | 2:42:05 PM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
| --- | --- | --- | --- | --- | --- |
| 8/10/2005 1:32:08 PM | DEV2006 | Payroll - IPP | $16.56 | 5JV127 | |
| 7/12/2005 9:28:21 AM | DEV2006 | Payroll - IPP | $19.20 | 5JV116 | |
| 6/6/2005 10:44:01 AM | DEV0002 | Payroll - IPP | $24.48 | 5JV107 | |
| 5/4/2005 10:08:43 AM | DEV2006 | Payroll - IPP | $17.40 | 5JV093 | |
| 4/5/2005 10:22:50 AM | DEV2007 | Payroll - IPP | $18.40 | 5JV081 | |
| 3/7/2005 10:21:25 AM | DEV2006 | Payroll - IPP | $16.56 | 5JV068 | |
| 2/7/2005 11:11:52 AM | DEV2007 | Payroll - IPP | $15.12 | 5JV053 | |
| 1/5/2005 9:31:46 AM | DEV2007 | Payroll - IPP | $17.12 | 5JV034 | |
| 12/6/2004 9:06:36 AM | DEV2007 | Payroll - IPP | $16.80 | 5JV021 | |
| 11/5/2004 9:39:14 AM | DEV2007 | Payroll - IPP | $15.36 | 5JV004 | |
| 10/5/2004 10:03:00 AM | DEV2007 | Payroll - IPP | $21.12 | 4JV157 | |

1



## Withdrawals

| | |
|---|---|
| Inmate Reg #: | 21142038 |
| Inmate Name: | SMITH, WILLIAM |
| Report Date: | 08/24/2005 |
| Report Time: | 2:42:18 PM |
| Current Institution: | Devens FMC |
| Housing Unit: | JCC |
| Living Quarters: | J03-318L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# |
|---|---|---|---|---|---|
| 6/16/2005 4:45:11 PM | AMService | ITS Withdrawal | ($5.00) | ITS0616 | |
| 11/18/2004 4:44:55 PM | AMService | ITS Withdrawal | ($10.00) | ITS1118 | |

1



| Inmate Inquiry | | | |
|---|---|---|---|
| Inmate Reg #: | 21342038 | Current Institution: | Devens FMC |
| Inmate Name: | SMITH, WILLIAM | Housing Unit: | JCC |
| Report Date: | 08/24/2005 | Living Quarters: | J03-318L |
| Report Time: | 2:12:51 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2355 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 4/26/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 8/10/2005 1:32:08 PM |
| Account Status: | Active |
| ITS Balance: | $7.60 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $252.73 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $252.73 |
| National 6 Months Deposits: | $112.60 |
| National 6 Months Withdrawals: | $56.60 |
| National 6 Months Avg Daily Balance: | $230.00 |
| Local Max. Balance - Prev. 30 Days: | $252.73 |
| Average Balance - Prev. 30 Days: | $248.20 |

http://140.1.9.16/umr/InmateInquiryCombined.aspx  8/24/...

## Commissary History

### Purchases

Validation Period Purchases: $7.80
YTD Purchases: $102.45
Last Sales Date: 8/10/2005 11:24:32 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $7.80
Remaining Spending Limit: $282.20

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

**List Name**   **List Type**   **Start Date**   **End Date**   **Userid**   **Active**

## Comments

**Comments:**