# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11049

William Smith

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/6/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 9, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/9/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11049-PBS

Smith v. United States of America
Assigned to: Judge Patti B. Saris
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 05/19/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**William Smith**                    represented by **William Smith**
                                                    21442-038
                                                    Federal Medical Center
                                                    F.M.C. Devens
                                                    P.O. Box 879
                                                    Ayer, MA 01432
                                                    PRO SE

V.

**Respondent**

**United States of America**         represented by **Donald L. Cabell**
                                                    United States Attorney's Office
                                                    1 Courthouse Way
                                                    Boston, MA 02210
                                                    617-748-3105
                                                    Fax: 617-748-3951
                                                    Email: donald.cabell@usdoj.gov
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by William Smith.(Patch, Christine) (Entered: 05/27/2004) |
| 05/19/2004 | 2 | Memorandum in support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Patch, Christine) (Entered: 05/27/2004) |
| 05/19/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Patch, Christine) (Entered: 05/27/2004) |
| 05/27/2004 | 3 | Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2255 Motion. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Patch, Christine) (Entered: 05/27/2004) |
| 06/01/2004 |  | Return receipt received for mail sent to William Smith Delivered on 6/1/04 (Patch, Christine) (Entered: 06/09/2004) |
| 07/06/2004 | 4 | MOTION for Order to Show Cause by William Smith. (Patch, Christine) (Entered: 07/12/2004) |
| 07/06/2004 | 5 | Letter requesting a copy of the docket sheet from William A. Smith. (Patch, Christine) (Entered: 07/12/2004) |
| 07/06/2004 |  | DOCKET SHEET sent to William A. Smith. (Patch, Christine) (Entered: 07/12/2004) |
| 07/29/2004 | 6 | Return to Writ of Habeas Corpus Allegation of a Return Pursuant to 28 U.S.C. 2248 to Show Cause in a Habeas Corpus Allegation by William Smith re 1 |

| | | |
|---|---|---|
| | | Motion to Vacate/Set Aside/Correct Sentence (2255). (Patch, Christine) (Entered: 07/29/2004) |
| 07/29/2004 | | DOCKET SHEET sent to William A. Smith. (Patch, Christine) (Entered: 07/29/2004) |
| 08/06/2004 | 7 | First MOTION for Extension of Time to August 27, 2004 to respond to s.2255 motion by United States of America.(Cabell, Donald) (Entered: 08/06/2004) |
| 08/20/2004 | 8 | Memorandum in Opposition by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Patch, Christine) (Entered: 08/23/2004) |
| 08/23/2004 | | Notice of correction to docket made by Court staff. Correction: Document No. 8 added. Corrected because: it was as incorrectly filed by attorney in 97cr10025. (Patch, Christine) (Entered: 08/23/2004) |
| 09/27/2004 | 9 | Reply by William Smith to 8 Opposition to 1 Motion to Set Aside/Vacate/Correct Sentence. (Patch, Christine) (Entered: 10/01/2004) |
| 02/08/2005 | 10 | MOTION for Leave to File Supplemenal Pleadings Pursuant to Rule 15 (d) by William Smith. (Attachments: # 1 Memorandum of Law)(Patch, Christine) (Entered: 02/14/2005) |
| 02/18/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 10 Motion for Leave to File Supplemental Pleadings. (Patch, Christine) (Entered: 02/22/2005) |
| 02/18/2005 | 11 | Supplemental MEMORANDUM OF LAW by William Smith to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Patch, Christine) (Entered: 02/22/2005) |
| 05/10/2005 | 12 | Letter from William Smith regarding the status of his motin for leave and also requesting a copy of the docket. (Patch, Christine) (Entered: 05/19/2005) |
| | | |

| | | |
|---|---|---|
| 05/19/2005 | | DOCKET SHEET sent to William Smith. (Patch, Christine) (Entered: 05/19/2005) |
| 05/31/2005 | 13 | Letter from William Smith inquiring as to the status of his 2255 Motion. (Patch, Christine) (Entered: 06/02/2005) |
| 06/02/2005 | | DOCKET SHEET sent to William Smith. (Patch, Christine) (Entered: 06/02/2005) |
| 08/02/2005 | 14 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER. "After review of the briefs, the Court dismisses the petition as untimely...Petitioner's motion to vacate or amend the judgment and sentence rendered against him (Docket No. 1) is dismissed."(Patch, Christine) (Entered: 08/03/2005) |
| 08/03/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 08/03/2005) |
| 08/16/2005 | 15 | MOTION for Reconsideration re 14 Memorandum & ORDER, by William Smith.(Patch, Christine) (Entered: 08/18/2005) |
| 08/18/2005 | | Judge Patti B. Saris : Electronic ORDER entered denying 15 Motion for Reconsideration re 14 Memorandum & ORDER. (Patch, Christine) (Entered: 08/18/2005) |
| 08/29/2005 | 16 | MOTION for Leave to Appeal by William Smith. (Filo, Jennifer) (Entered: 08/30/2005) |
| 09/06/2005 | | Judge Patti B. Saris : Electronic ORDER entered entered 16 Motion for Leave to Appeal. "I treat this motion as a notice of appeal. However, if it is a motion for a certificate of appealability, I deny the certificate." (Patch, Christine) (Entered: 09/08/2005) |
| 09/06/2005 | 17 | NOTICE OF APPEAL as to 14 Memorandum & ORDER, by William Smith. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be |

| | | |
|---|---|---|
| | | downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/26/2005. (Attachments: # 1 Declaration# 2 Exhibit)(Patch, Christine) (Entered: 09/08/2005) |