UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

| | |
|---|---|
| WILLIAM SMITH, | ) |
| Petitioner, | ) |
| v. | ) Civil Action |
| UNITED STATES OF AMERICA, | ) # 04-11049-PBS |
| Respondent. | ) |

## MOTION FOR LEAVE OF THE COURT

### TO PROCEED in forma pauperis

To file Appeal from the District Court's August 2 and 22 2005, Orders, that Dismissed the Instant Action as untimel filed, pursuant to 28 U.S.C. § 2255 Rules 11 and 4(a) on Appeals

Respectfully submitted

September 27, 2005,

by _William Smith_
William Smith
Pro Se