## UNITED STATES COURT OF APPEALS

### FOR THE FIRST CIRCUIT

| | |
|---|---|
| WILLIAM SMITH, | ) |
| | ) Declaration in Support |
|     Petitioner, | ) |
| | ) of Request |
|     v. | ) |
| | ) to Proceed |
| UNITED STATES OF AMERICA, | ) |
| | ) in forma pauperis |
|     Respondent. | ) |

I William Smith, declare that I am the Petitioner in th above entitled case; that in support of my motion to procee without being required to prepay fees, costs or give securit therefor, I state that because of my poverty, I am unable to pa the costs of said proceedings or to give security therefor; tha I believe I am entitled to relief.

In support of my motion, I make the following statements:

1. I currently do not work outside of the institutio inwhich I am incarcerated. I work in he kitchen at the Federa Medical Center, Devens where I earn approximately $20.00 pe month.

2. In the last twelve months, I have not received any mone from any source, including business, profession or form o self-employment; rent payments, interest or dividends; pensions annuities or life insurance payments; gifts or inheritances, o any other source.

3. I do not have any cash nor do I have a checking o savings account. I have limited funds available in my inmat trust fund account. Please see attached.

4. I do not own any real estate, stacks, bonds, notes automobiles, or other valuable property.

5. I do not have any persons who are dependant upon me fo support.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September, 2005.

William Smith

William Smith
Reg. No. 21442-038



| Date/Time | User Id | Transaction Type | Amount | Ref# | Pay |
|---|---|---|---|---|---|
| 9/9/2005 11:51:46 AM | DEV2006 | Payroll - IPP | $25.08 | 5JV136 | |
| 8/10/2005 1:32:08 PM | DEV2006 | Payroll - IPP | $16.56 | 5JV127 | |
| 7/12/2005 9:28:21 AM | DEV2006 | Payroll - IPP | $19.20 | 5JV116 | |
| 6/6/2005 10:44:01 AM | DEV0002 | Payroll - IPP | $24.48 | 5JV107 | |
| 5/4/2005 10:08:43 AM | DEV2006 | Payroll - IPP | $17.40 | 5JV093 | |
| 4/5/2005 10:22:50 AM | DEV2007 | Payroll - IPP | $18.40 | 5JV081 | |
| 3/7/2005 10:21:25 AM | DEV2006 | Payroll - IPP | $16.56 | 5JV068 | |
| 2/7/2005 11:11:52 AM | DEV2007 | Payroll - IPP | $15.12 | 5JV053 | |
| 1/5/2005 9:31:46 AM | DEV2007 | Payroll - IPP | $17.12 | 5JV034 | |
| 12/6/2004 9:06:36 AM | DEV2007 | Payroll - IPP | $16.80 | 5JV021 | |
| 11/5/2004 9:39:14 AM | DEV2007 | Payroll - IPP | $15.36 | 5JV004 | |
| 10/5/2004 10:03:00 AM | DEV2007 | Payroll - IPP | $21.12 | 4JV157 | |

# Inmate Statement

  🖶 PRINT

| Inmate Reg #: | 21442038 | | Current Institution: | Devens FMC |
| Inmate Name: | SMITH WILLIAM | | Housing Unit: | J CC |
| Report Date: | 09/14/2005 | | Living Quarters: | J05-518L |
| Report Time: | 2:48:45 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 9/9/2005 11:51:46 AM | 5JV136 | | | Payroll - IPP | $25.08 | | $12.21 |
| DEV | 8/31/2005 5:16:27 PM | 63 | | | Sales | ($10.55) | | $12.13 |
| DEV | 8/24/2005 5:44:55 PM | 69 | | | Sales | ($18.05) | | $22.58 |
| DEV | 8/10/2005 1:32:08 PM | 5JV127 | | | Payroll - IPP | $16.56 | | $25.73 |
| DEV | 8/10/2005 11:24:32 AM | 13 | | | Sales | ($7.80) | | $9.3 17 |
| DEV | 7/20/2005 5:34:48 PM | 92 | | | Sales | ($6.60) | | $9.4 07 |
| DEV | 7/12/2005 9:28:21 AM | 5JV116 | | | Payroll - IPP | $19.20 | | $9.5 67 |
| DEV | 6/17/2005 11:25:33 AM | 12 | | | Sales | ($4.90) | | $9.3 67 |
| DEV | 6/16/2005 4:45:11 PM | ITS0616 | | | ITS Withdrawal | ($5.00) | | $9.3 67 |
| DEV | 6/6/2005 10:44:01 AM | 5JV107 | | | Payroll - IPP | $24.48 | | $9.4 67 |
| DEV | 5/26/2005 5:43:31 PM | 68 | | | Sales | ($27.00) | | $9.1 '9 |
| DEV | 5/4/2005 10:08:43 AM | 5JV093 | | | Payroll - IPP | $17.40 | | $9.4 '9 |
| DEV | 4/5/2005 10:22:50 AM | 5JV081 | | | Payroll - IPP | $18.40 | | $9.2 9 |
| DEV | 3/14/2005 6:03:41 PM | 87 | | | Sales | ($4.35) | | $9.10 9 |
| DEV | 3/7/2005 10:21:25 AM | 5JV068 | | | Payroll - IPP | $16.56 | | $9.1 4 |
| DEV | 2/25/2005 11:22:34 AM | 13 | | | Sales | ($0.95) | | $9. 8 |
| DEV | 2/7/2005 11:11:52 AM | 5JV053 | | | Payroll - IPP | $15.12 | | $9.5 3 |
| DEV | 2/4/2005 11:41:20 AM | 34 | | | Sales | ($4.60) | | $8 1 |
| DEV | 1/5/2005 9:31:46 AM | 5JV034 | | | Payroll - IPP | $17.12 | | $8 1 |
| DEV | 12/6/2004 9:06:36 AM | 5JV021 | | | Payroll - IPP | $16.80 | | $9 9 |
| DEV | 11/26/2004 11:06:08 AM | 8 | | | Sales | ($4.55) | | $15. 9 |
| DEV | 11/19/2004 11:16:35 AM | 12 | | | Sales | ($1.85) | | $15. 4 |
| DEV | 11/18/2004 4:44:55 PM | ITS1118 | | | ITS Withdrawal | ($10.00) | | $15 9 |
| DEV | 11/5/2004 9:39:14 AM | 5JV004 | | | Payroll - IPP | $15.36 | | $15 9 |
| DEV | 11/3/2004 5:03:23 PM | 55 | | | Sales | ($7.85) | | $15 3 |
| DEV | 10/8/2004 11:08:00 AM | 6 | | | Sales | ($13.00) | | $16 8 |
| DEV | 10/6/2004 11:02:29 AM | 33 | | | Sales | ($19.00) | | $17 8 |
| DEV | 10/5/2004 10:03:00 AM | 4JV157 | | | Payroll - IPP | $21.12 | | $19 3 |

1

**Total Transactions: 28**

| | Totals: | $77.15 | $0.00 |
|---|---|---|---|

---

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DEV | $249.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.21 |
| **Totals:** | **$249.21** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2.21** |