04-11049
USDC/MA
Saris

# United States Court of Appeals
## For the First Circuit



No. 05-2350

IN RE: WILLIAM SMITH

**JUDGMENT**

Entered: January 18, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The application for a certificate of appealability is denied, and the appeal is terminated.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/24/06

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Smith, Mr. Cabell & Ms. Chaitowitz, ]