William Smith
Reg. No. 21442-038
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432

FILED
IN CLERKS OFFICE

2006 APR 17 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS

April 11, 2006

United States District Court
District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02110

Re: Request for Order to Dismiss Case #1:04-cv-11049-PBS

Dear Clerk,

Please send me a copy of the Order to Dismiss the above listed case (1:04-cv-11049-PBS) I require a copy to proceed further with legal action. If there is a charge for this copy, I will gladly pay it upon notice.

With all due thanks.

Sincerely,

William Smith

William Smith