WILLIAM SMITH
Reg. No. 21442-038
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432



United States District Court
District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

May 1, 2006

RE: Request for Order Dismissing Rule 59(e).

Dear Clerk:

    Please send me a copy of the Order Dismissing Rule 59(e) listed case (**1:04-cv-11049-PBS**) I require a copy to proceed further with legal action in the Supreme Court. <u>See</u>: Exhibit attached hereto.

    With all due thanks.

                                        Sincerely,

                                        WILLIAM SMITH