**Supreme Court of the United States**
Office of the Clerk
Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3015

April 12, 2006

Mr. William Smith
Prisoner ID 21442-038
FMC Devens
PO Box 879
Ayer, MA  01432

> Re:  William Smith
>       v. United States
>       Application No. 05A928

Dear Mr. Smith:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Souter, who on April 12, 2006 extended the time to and including August 7, 2006.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst